**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANKLIN RAMIREZ CARRILLO,<br><br>            Petitioner,<br><br>   v.<br><br>R. FISHER (Warden),<br><br>            Respondent. | NO. CV 16-7561-E<br><br>JUDGMENT |

Pursuant to the Order Denying and Dismissing Petition for Writ of Habeas Corpus With Prejudice,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 2, 2017.

                                  /s/
                          CHARLES F. EICK
               UNITED STATES MAGISTRATE JUDGE